FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 06, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CARYL DANITA CARBY,<br><br>        Plaintiff,<br><br>    v.<br><br>GOVERNMENT OF NIGERIA, *et al.*,<br><br>        Defendants. | NO. 2:26-CV-0160-TOR<br><br>ORDER DEEMING PLAINTIFF A VEXATIOUS LITIGANT |

On May 19, 2026, the Court dismissed Plaintiff's Complaint and tentatively declared Plaintiff to be a vexatious litigant. ECF No. 6. The Court ordered Plaintiff to show cause by June 5, 2026, as to why the Court should not enter a vexatious litigant order against her. *Id.* It is now a month past that deadline and Plaintiff has failed to file a response. Therefore, the Court enters a vexatious litigant order against Plaintiff Caryl Danita Carby as set forth below.

## BACKGROUND

As detailed in the Court's May 19, 2026 Order, Plaintiff has filed numerous

ORDER DEEMING PLAINTIFF A VEXATIOUS LITIGANT ~ 1

actions with this Court since January 2026 as a *pro se* litigant. None have stated any viable claims; and the Court has dismissed them all with prejudice. Each complaint identifies anywhere from one to twenty-eight defendants which often overlap and include corporations, countries, states, cities, and prominent figures such as Barrack Obama, President Donald Trump, George Walker Bush, Jr., Kristi Noem, and Mark Anthony Spears. Every single complaint is almost completely intelligible, and the portions the Court can discern make allegations that are irrational and wholly incredible.

For example, in *Carby v. Central Intelligence Agency, et al.*, Case No. 2:26-CV-0026-TOR, Plaintiff accused the Central Intelligence Agency, Barrack Obama, and Donald Trump of illegally surveilling, defaming, and stalking Plaintiff and her family. ECF No. 1 at 4-6. In another action, Plaintiff accused Barack Obama, the Florida Department of Education, and the Central Intelligence Agency of deliberating manipulating Plaintiff's academic credentials and student loans. *Carby v. Barack Hussein Obama, et al.*, Case No. 2:26-CV-0054-TOR; ECF No. 1. And in *Carby v. Government of Nigeria, et al.*, Case No. 2:26-CV-0121-TOR, Plaintiff accused the Nigerian government of stalking, defaming, and stealing Plaintiff's identify. ECF No. 1 at 4-8. Most of Plaintiff's other actions are of a similar nature and repeatedly identify the same defendants in addition to new ones. *See* Case Nos: 2:26-CV-0042-TOR; 2:26-CV-0055-TOR; 2:26-CV-0119-TOR;

ORDER DEEMING PLAINTIFF A VEXATIOUS LITIGANT ~ 2

2:26-CV-0121-TOR; 2:26-CV-0122-TOR; 2:26-CV-0206-TOR; 2:26-CV-0159-TOR.  In summary, Plaintiff has a history of filing duplicative lawsuits with absolutely no basis in law or fact.

Additionally, Plaintiff never attempted to serve any complaint and often filed motions for a change of venue either the day a complaint was filed or soon after with little to no reasoning.  More recently, Plaintiff filed a wave of meritless motions in both open and closed cases seeking to change the case numbers.  *See, e.g.*, Case Nos: 2:26-CV-0142-TOR, ECF No. 6; 2:26-CV-0166-TOR, ECF No. 6.  Plaintiff has also filed applications to proceed *in forma pauperis* in many of these actions, with all but one having been denied as inadequate.  *See* Case Nos: 2:26-CV-0026-TOR; 2:26-CV-0042-TOR; 2:26-CV-0054-TOR; 2:26-CV-0055-TOR; 2:26-CV-0119-TOR; 2:26-CV-0121-TOR; 2:26-CV-0122-TOR; 2:26-CV-0143-TOR; 2:26-CV-0142-TOR.  However, rather than paying the full filing fee, Plaintiff simply files a new action with a new application to proceed *in forma pauperis*.  These repeated filings and the Court's repeated screening of frivolous filings, motions, and *in forma pauperis* applications wastes valuable judicial resources.

## DISCUSSION

### A. Legal Standard

"Flagrant abuse of the judicial process cannot be tolerated because it enables

ORDER DEEMING PLAINTIFF A VEXATIOUS LITIGANT ~ 3

one person to preempt the use of judicial time that properly could be used to consider the meritorious claims of other litigants." *De Long v. Hennessey*, 912 F.2d 1144, 1148 (9th Cir. 1990).  District courts can "regulate the activities of abusive litigants by imposing carefully tailored restrictions . . . under appropriate circumstances."  *Id.* at 1147.  However, "[c]ourts should not enter pre-filing orders with undue haste because such sanctions can tread on a litigant's due process right of access to the courts."  *Molski v. Evergreen Dynasty Corp.*, 500 F.3d 1047, 1057 (9th Cir. 2007).  Thus, a pre-filing order should only be used in exceptional circumstances.

Before imposing pre-filing restrictions, a district court must (1) provide notice to litigants and an opportunity to be heard prior to entering the order; (2) compile an adequate record for review; (3) make substantive findings that the litigant's filings are frivolous or harassing; and (4) narrowly tailor the order to address the specific issue encountered.  *Ringgold-Lockhart v. County of Los Angeles*, 761 F.3d 1057, 1062 (9th Cir. 2014).  The first two factors are "procedural considerations" while the latter two are more "substantive considerations."  *Molski*, 500 F.3d at 1057-58 (9th Cir. 2007).

*1. Notice and Opportunity to be Heard*

The first factor requires Plaintiff be given notice and an opportunity to be heard.  An opportunity to brief the issue is generally sufficient, and an in-person

ORDER DEEMING PLAINTIFF A VEXATIOUS LITIGANT ~ 4

hearing is not required. *McGlown v. Asia People's Republic*, No. 2:23-CV-153, 2023 WL 5509257, at *2 (W.D. Wash. Aug. 25, 2023). Plaintiff was given notice through the Court's show cause order and an opportunity to respond. ECF No. 6. The first factor is therefore met.

*2. Adequate Record for Review*

"An adequate record for review should include a listing of all the cases and motions that led the district court to conclude that a vexatious litigant order was needed." *De Long v. Hennessey*, 912 F.2d 1144, 1147 (9th Cir. 1990). As described above, the Court previously discussed in some detail the numerosity and baselessness of Plaintiff's actions in its May 19, 2026 Order (ECF No. 6). The complete list of baseless actions and filings the Court relies on is set forth below:

***Carby v. Central Intelligence Agency et al.*, 2:26-CV-0069-TOR**

- Motion to Change Venue. ECF No. 5.

- Application to proceed *in forma pauperis* denied. ECF No. 4.

- Motion to Change Case Numbers. ECF No. 10.

***Carby v. Obama et al.*, 2:26-CV-0042-TOR**

- Motion to Change Venue. ECF No. 6.

- Motion to Change Case Numbers. ECF No. 2.

- Application to proceed *in forma pauperis* denied. ECF No. 5.

***Carby v. Obama et al.*, 2:26-CV-0054-TOR**

ORDER DEEMING PLAINTIFF A VEXATIOUS LITIGANT ~ 5

- Motion to Change Venue.  ECF No. 5.

- Application to proceed *in forma pauperis* denied.  ECF No. 4.

- Motion to Change Case Numbers.  EFC No. 10.

***Carby v. Government of Nigeria et al.*, 2:26-CV-0055-TOR**

- Motion to Change Venue.  ECF No. 5.

- Application to proceed *in forma pauperis* denied.  ECF No. 4.

- Motion to Change Case Numbers.  ECF No. 10.

***Carby v. Obama*, 2:26-CV-0119-TOR**

- Motion to Change Venue.  ECF No. 3.

- Application to proceed *in forma pauperis* denied.  ECF No. 4.

- Motion to Change Case Numbers.  ECF No. 8.

***Carby v. Government of Nigeria et al.*, 2:26-CV-0121-TOR**

- Motion to Change Venue.  ECF No. 4.

- Application to proceed *in forma pauperis* denied.  ECF No. 5.

- Motion to Change Case Numbers.  ECF No. 7.

***Carby v. Allied Universal et al.*, 2:26-CV-0122-TOR**

- Application to proceed *in forma pauperis* denied.  ECF No. 3.

- Motion to Change Case Numbers.  ECF No. 6.

***Carby v. Obama et al.*, 2:26-CV-0142-TOR**

- Motion to Change Venue.  ECF No. 5.

ORDER DEEMING PLAINTIFF A VEXATIOUS LITIGANT ~ 6

- Application to proceed *in forma pauperis* denied.  ECF No. 4.

- Motion to Change Case Numbers.  ECF No. 6.

***Carby v. State of Florida et al.*, 2:26-CV-0143-TOR**

- Motion to Change Venue.  ECF No. 5.

- Application to proceed *in forma pauperis* denied.  ECF No. 4.

- Motion to Change Case Numbers.  ECF No. 8.

***Carby v. City of Spokane et al.*, 2:26-CV-0159-TOR**

- Motion to Change Venue.  ECF No. 3.

- Motion to Change Case Numbers.  ECF No. 6.

***Carby v. Obama et al.*, 2:26-CV-0160-TOR**

- Motion to Change Venue.  ECF No. 3.

- Motion to Change Case Numbers.  ECF No. 4.

***Carby v. United States Parcel Service et al.*, 2:26-CV-0162-TOR**

- Motion to Change Case Numbers.  ECF No. 6.

***Carby v. Obama et al.*, 2:26-CV-0166-TOR**

- Motion to Change Case Numbers.  ECF No. 6.

***Carby v. United States Government et al.*, 2:26-CV-0206-TOR**

- Application to proceed *in forma pauperis* denied.  ECF No. 4.

***Carby v. Obama et al.*, 2:26-CV-0226-TOR**

- Motion to Change Venue.  ECF No. 4.

ORDER DEEMING PLAINTIFF A VEXATIOUS LITIGANT ~ 7

3. *Frivolous or Harassing Filings.*

The third factor requires the Court to make "substantive findings as to the frivolous or harassing nature of the litigant's actions." *De Long*, 912 F.2d at 1148 (quoting *In re Powell*, 851 F.2d 427, 431 (D.C.Cir. 1988)). The Court must look to "both the number and content of the filings as indicia" of frivolousness of the claims. *Id.* "An injunction cannot issue merely upon a showing of litigiousness. The plaintiff's claims must not only be numerous, but also be patently without merit." *Molski*, 500 F.3d at 1059.

Based on Plaintiff's numerous meritless claims and filings and failure to respond to the Court's show cause order, the Court finds Plaintiff is a vexatious litigant and should be subject to pre-filing requirements.

4. *Narrowly Tailored*

Any pre-filing order must be "narrowly tailored to closely fit the specific vice encountered" so as not to infringe "on the litigator's right of access to the courts." *De Long*, 912 F.2d at 1148 (quotation marks and citation omitted). The specific vice the Court seeks to address in this case is Plaintiff's serial filing of facially frivolous lawsuits as a *pro se* litigant.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Plaintiff Caryl Danita Carby is deemed a **vexatious litigant**.

ORDER DEEMING PLAINTIFF A VEXATIOUS LITIGANT ~ 8

2. Plaintiff will need permission from this Court prior to filing any new *pro se* civil action in the Eastern District of Washington. The Court will approve all filings that it deems to be meritorious, not duplicative, and not frivolous. To obtain leave of Court, Plaintiff must submit a "Petition Seeking Leave to File *Pro Se* Action." The Petition shall include in its caption: "Subject to Pre-Filing Order in NO. 2:26-CV-0160-TOR," and specify whether Plaintiff previously brought a lawsuit against the same Defendant(s) and, if so, include the case number(s) of those lawsuits. Upon receipt of the Petition, the Court will review and either approve or disapprove of the Petition by Order. Any failure to adhere to these provisions shall be grounds for denying the Petition.

3. The Clerk is **DIRECTED** to refuse to file any proposed complaint that is not submitted along with a Petition seeking Leave to File *Pro Se* Action as set forth herein.

The District Court Executive is directed to enter this Order, furnish a copy to Plaintiff, and **CLOSE** the file.

DATED July 6, 2026.



THOMAS O. RICE
United States District Judge

ORDER DEEMING PLAINTIFF A VEXATIOUS LITIGANT ~ 9